We also find in art. 666—15(16), same volume, the following:

"The Board is authorized to issue Wine and Beer Retailer's Permits. The holders of such permits shall be authorized to sell for consumption on or off the premises where sold, but not for resale, vinous and malt beverages containing alcohol in excess of one-half of one per cent by volume, and not more than fourteen (14) per cent of alcohol by volume."

We are unable to see any merit in appellant's contention that this permit is invalid. His motion will be overruled.

A. S. Baskett, of Dallas, and John J. Sargent and R. C. Roland, both of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of burglary, and his punishment assessed at twelve years in the penitentiary.

This cause comes before us without any statement of facts or bills of exception. The motion for a new trial contains many matters alleged to be errors committed by the trial court, which we are unable to correctly appraise on account of the absence of a statement of facts and bills of exceptions.

The indictment appears to be proper, and all proceedings herein seem to be regular, and we have no other alternative than to affirm the judgment, which is accordingly done.

## BLAKE v. STATE.
### No. 19898.

Court of Criminal Appeals of Texas.

June 8, 1938.

Ramsey Cox, of Corsicana, and H. B Green, of Athens, for appellant.

## GOODALE v. STATE.
### No. 19844.

Court of Criminal Appeals of Texas.

June 8, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

Lloyd W. Davidson, State's Atty., of Austin, for the State.